UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT F. WASHINGTON                          CIVIL ACTION

VERSUS

TROY PORET                                    NO. 22-00126-BAJ-RLB

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 14),** recommending that the Court decline the exercise of supplemental jurisdiction over Plaintiff's potential state law claims and dismiss the action, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 14, p. 9). Plaintiff objects to the Report and Recommendation (Doc. 15).

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, Plaintiff's Objection, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 26th day of October, 2022

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**